(Name) RAY SAPP
(Address) 446 AITA Road Suite 5300
(City, State, Zip) SAN DiEgo, CAliforNiA 92158
(CDC Inmate No.) # 646 5306

**FILED**
MAR 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ___  1983 ✓
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ✓  No ___
COPIES SENT TO
Court ✓  ProSe ___

# United States District Court
## Southern District of California

(Enter full name of plaintiff in this action.)

RAY SAPP                    )    Plaintiff,
                            )
v.                          )
                            )    '08 CV 0465 L WMc
Sheriff Dept                )    Civil Case No. _____
County Jail S.D.            )    (To be supplied by Court Clerk)
                            )
                            )    Complaint Under the
                            )    Civil Rights Act
                            )    42 U.S.C. § 1983
                            )
_____,)
(Enter full name of each defendant in this action.)
                            )
            Defendant(s).   )
                            )

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, RAY SAPP
(print Plaintiff's name), who presently resides at 446 AITA Rd Suite 5300
(mailing address or place of confinement) SAN DiEgo CAliforNiA 92158, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at 15141 Olde Hwy 80 ElCaJon California 92021 on (dates) Dec-27, 2006 (Count 1), _____ (Count 2), and Jan 2007 (Count 3).
South Bay County Jail (institution/place where violation occurred)

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)                                                   ::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant **S.D. Sheriff** resides in **San Diego California**
(name) (County of residence) **S.D. Calif**
and is employed as a **Sheriff of S.D.**
(defendant's position/title (if any)) . This defendant is sued in
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: **The officer handcuffed (me) and placed me in patrol car with heater wide open for (torturing actions) 5 to 6 hrs. Policies & practicies of the Sheriff's, S.D. county.**

Defendant **S.D. County Jail** resides in **446 Aita Rd Suite 5300**
(name) (County of residence) **S.D. Calif 92158**
and is employed as a **County Jail**
(defendant's position/title (if any)) . This defendant is sued in
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: **Under Sheriff's policies and practicies of handcuffing me, and put me into Sheriff's patrol car 5 to 6 hrs with heater wide open.**

Defendant _____ resides in _____
(name) (County of residence)
and is employed as a _____
(defendant's position/title (if any)) . This defendant is sued in
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

Defendant _____ resides in _____
(name) (County of residence)
and is employed as a _____
(defendant's position/title (if any)) . This defendant is sued in
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: 8th Amendment cruel and unusual punishment. ETC
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

I was arrested on Dec 27-2006 at Country Creek Park El Cajon Calif. I was arrested for Domestic Violence during my arrest i was locked in patrol (sheriffs car) while handcuffed for 5 to 6 hrs. The officer had the heater on (high) 5 to 6 hrs. Very cruel. At central Jail during booking i was able to tell the nurse that my back was hurt No treatment. Several days later i was tranfered to South Bay Detention At S.B. Jail i was x-rayed & had 2 MRI's to be diagnosed with nerve damage in my spine. I was treated with 2 cortisone shots at Thornton-Hospital but, no cure only excrucating pain i have suffered for 15 months and i still await for Surgery. UCSD's County hospitals Dr. Mark Kuper advised me on 9-28-07 that my paper work was in motion to be granted surgery but, still i wait. During this duration i have been neglected of medication also treatment and orthopedic supports. The unnecessary suffering has been all the whole time of my incarceration at County Jail. Also during 15 to 16 hrs back and to-too-court no medications only 3:00 am that morning, the rest of the day unnecessary suffering. My meds are stop on and off my prescribed orthopedic shoes were County Jail (commissary) shoes prescribed not real orthopedic shoes. All my recommendations from UCSD neurosurgeons & orthopedic staff (denied). Only what County Jail Dr's will allow me to be given in Jail. This action constitutes deliberate indifference. I need legal help, the state courts turn me down. There are several violations that have been treated by County Jail to me. Mental Anguish i have suffered for 15 month. Please check medical files

3-09-08

Roy Sapp #6465306

§ 1983 SD Form (Rev. 5/98)

3

::ODMA\PCDOCS\WORDPERFECT\22834\1

Count 2: The following civil right has been violated: __8th Amendment Cruel & unusual punishment.__
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

UCSD's-Skilled Doctors, and RN Thornton Hospital has recommended medication to me after diagnosing me several time since Jan 07 intill Jan-08 there recommendation have been refused by county jail Dr Adams and Dr. Jenkins. Also orthopedic supports. My nerve damage in back for 15 month has been truely neglected by medical employees. My equilibrium disfunctions that are terrifying due to the numbness, and disorder in walking also in court rooms, and (busies) are a life long threat. Neurosurgens and orthopedic Doctors recommendation by being skilled in this field of medicine are refused. These county agent Dr.'s have caused unnecessary suffering for 15 month (deliberate indifference). I also am partial blind in one eye. These disabled disorders are a serious problem in county jail. Also disabilities i suffer, because of the long wait for surgery in back. Mental anguish i suffer. My criminal atty Allan Williams (619) 593-3790.

Ray Smy # 6465306

Count 3: The following civil right has been violated:
(E.g., right to medical care, access to courts,

§ 1983 SD Form (Rev. 5/98)    4    ::ODMA\PCDOCS\WORDPERFECT\22834\1

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: RAY SAPP
Defendants: S.D. County Sheriff
(b) Name of the court and docket number: Superior Court (San Diego)

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] dismissed

(d) Issues raised:
(Medical treatment), and Sheriffs action on my arrest Dec-27-06.
Medical recommendations refused by county jail
UCSD's recommended treatments refused by (GBDF) S.O.

(e) Approximate date case was filed: ?
(f) Approximate date of disposition: ?

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☑ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

I need some help & guidence because i have in education in law and can't afford. I've lost every ting -
{ I suffer at the age of 50 illiteracy }

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

2. Damages in the sum of $

3. Punitive damages in the sum of $ 2.2 million

4. Other: disabilitie due to the fact of NERVE damage in back. CAUSED by the Sheriffs on DEC 27, 2006

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.      OR      ☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

3-10-08
Date

_Roy Sopp_
Signature of Plaintiff

§ 1983 SD Form
(Rev. 5/98)

7

::ODMA\PCDOCS\WORDPERFECT\22834\1

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Ray Sapp

**DEFENDANTS**

San Diego Sheriff

2254 / 1983
FILING FEE PAID  Yes ___ No ✓
IFP MOTION FILED  Yes ✓ No ___
COPIES SENT TO Court ✓ Parties ___

FILED
MAR 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Ray Sapp
446 Alta Road, Suite 5300
San Diego, CA 92158
6465306

ATTORNEYS (IF KNOWN)

'08 CV 0465 L WMc

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $ _____    Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE   3/12/2008            SIGNATURE OF ATTORNEY OF RECORD
                             R. Sapp [signature]