PLAINTIFF/PETITIONER/MOVANT'S NAME: RAY SAPP 446 AITA Rd. SUITE 5300 S.D. California 92158

PRISON NUMBER: # 646 5306

PLACE OF CONFINEMENT: (GBDF) COUNTY Jail SAN Dieg, California 92158

ADDRESS: 446 AITA Rd SUITE 5300 SAN Diego California 92158

**FILED**
MAR 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 _____ 1983 ✓
FILING FEE PAID
Yes _____ No ✓
IFP MOTION FILED
Yes ✓ No _____
COPIES SENT TO
Court ✓ ProSe _____

# United States District Court
## Southern District Of California

'08 CV 0465 L WMc

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

RAY SAPP
                    Plaintiff/Petitioner/Movant
         v.
S.D. Sheriffs
S.D. County Jail
                    Defendant/Respondent

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, RAY SAPP, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? [X] Yes [ ] No  (If "No" go to question 2)
    If "Yes," state the place of your incarceration  S.D. County Jail
    Are you employed at the institution?         [ ] Yes [X] No
    Do you receive any payment from the institution?  [ ] Yes [X] No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. (DEC-2006) (1,022 A WEEK) SKilled Laborer
   AHRENS Corp 5959 Mission Gorge S.D. California.

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   _____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No
   a. Make: Aerostar VAN   Year: 1987   Model: VAN
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☑ No
   If "Yes" describe the property and state its value. _____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (LUCIA A SAPP) WIFE, UNEMPLOYED

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   BANK AMERICA   ?   credit cards   OWED
   DISCOVERY      ?        "    "      OWED
   SEARS          ?        "    "      OWED

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):
    ∅

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.
    ∅

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

3-10-08                              _Rey Sapp_____
DATE                                 SIGNATURE OF APPLICANT

(I SUFFER illiteracy.)
AT 50 YEARS OLD

CIV-67 (Rev. 9/97)           -3-           ::ODMA\PCDOCS\WORDPERFECT\22835\1

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __RAY SAPP__,
(NAME OF INMATE)

__# 6465306__,
(INMATE'S CDC NUMBER)

has the sum of $ __Ø__ on account to his/her credit at __Ø__

_____
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __Ø__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __Ø__,

and the *average monthly deposits* to the applicant's account was $ __Ø__.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__3-10-08__  __(REFUSED SIGNATURE)__
DATE    SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Ø__
OFFICER'S FULL NAME (PRINTED)

__Ø__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)    -4-    ::ODMA\PCDOCS\WORDPERFECT\22835\1

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __Ray Sapp #6465306__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__3-10-08__    __Ray Sapp (RAY SAPP)__
DATE                                   SIGNATURE OF PRISONER

(Indigent)

## SAN DIEGO SHERIFFS DEPARTMENT

### Account Activity

**Fac:** 1  **Account Group:** INMATE  **Account Type:** GEN
**Account #:** 6465306
**Name(L,F,M,S):** SAPP, RAY, JR
**Start Dt/Tm:** 01-01-1990 1200  **Ending Dt/Tm:** 02-13-2008 1311

*6465306*
*3-3-0-240 B*

| Transaction # | Transaction Type | Transaction Date | Amount | Running Balance |
|---|---|---|---|---|
| 400466173 | INTAKE | 12-28-2006 0256 | $122.00 | $122.00 |
| 400474525 | COM | 01-03-2007 0754 | ($49.07) | $72.93 |
| 400477872 | INDEP | 01-05-2007 1045 | $50.00 | $122.93 |
| 400484686 | COM | 01-10-2007 0722 | ($32.16) | $90.77 |
| 400494792 | COM | 01-17-2007 0632 | ($32.95) | $57.82 |
| 400502364 | MEDPAY | 01-22-2007 1245 | ($3.00) | $54.82 |
| 400505276 | COM | 01-24-2007 0951 | ($13.46) | $41.36 |
| 400509882 | INDEP | 01-27-2007 1623 | $40.00 | $81.36 |
| 400515183 | COM | 01-31-2007 0809 | ($11.31) | $70.05 |
| 400526472 | COM | 02-07-2007 1200 | ($18.28) | $51.77 |
| 400527424 | COM | 02-08-2007 0510 | ($21.78) | $29.99 |
| 400527473 | COMRET | 02-08-2007 0526 | $21.78 | $51.77 |
| 400533257 | COMRET | 02-12-2007 0944 | $3.36 | $55.13 |
| 400536530 | COM | 02-14-2007 0931 | ($22.19) | $32.94 |
| 400546253 | COM | 02-21-2007 0803 | ($12.73) | $20.21 |
| 400557027 | COM | 02-28-2007 1038 | ($7.70) | $12.51 |
| 400568389 | COM | 03-07-2007 1451 | ($12.44) | $0.07 |
| 400571301 | INDEP | 03-09-2007 1332 | $20.00 | $20.07 |
| 400572481 | MEDPAY | 03-10-2007 1121 | ($3.00) | $17.07 |
| 400578190 | COM | 03-14-2007 0917 | ($8.94) | $8.13 |
| 400578225 | COM | 03-14-2007 0927 | ($7.44) | $0.69 |
| 400586939 | COMRET | 03-20-2007 0735 | $7.44 | $8.13 |
| 400587334 | COMRET | 03-20-2007 0916 | $0.94 | $9.07 |
| 400588724 | COM | 03-21-2007 0838 | ($7.72) | $1.35 |
| 400596671 | COMRET | 03-26-2007 1325 | $1.68 | $3.03 |
| 400599228 | COM | 03-28-2007 0842 | ($2.96) | $0.07 |
| 400679386 | MEDPAY | 05-19-2007 2311 | ($3.00) | ($2.93) |
| 400714677 | INDEP | 06-11-2007 1620 | $15.00 | $12.07 |
| 400717525 | COM | 06-13-2007 1129 | ($11.80) | $0.27 |
| 400867621 | INDEP | 09-08-2007 1904 | $20.00 | $20.27 |
| 400869748 | COM | 09-10-2007 0843 | ($15.02) | $5.25 |
| 400872494 | COM | 09-11-2007 1701 | ($0.01) | $5.24 |
| 400881273 | COM | 09-17-2007 0726 | ($4.68) | $0.56 |

*"PIEASE SEND COPY BACK."*

**Transaction Total:** $0.56

**Total Amount by Transaction Type**
COM / COMMISSARY INMATE PURCHASING ITEMS  ($292.64)
COMRET / COMMISSARY - INMATE RETURNING ITEMS  $35.20