**FILED**
MAR 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

2254____ 1983 ✓
FILING FEE PAID
Yes____ No ✓
IFP MOTION FILED
Yes ✓ No
COPIES SENT TO
Court ✓ ProSe

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RAY SAPP

v.

S.D. CouNTy Sheriffs
S.D. CouNTy Jail

Civil No. '08 CV 0465 L WMC

REQUEST FOR APPOINTMENT OF
COUNSEL UNDER THE CIVIL RIGHTS
ACT OF 1964, 42 U.S.C. 2000e 5(f)(1);
DECLARATION IN SUPPORT OF
REQUEST

1. I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

A. my claim is meritorious (that is, I have a good case), and pROCEED IN FORMIA PAUPERIS.

B. I have made a reasonably diligent effort to obtain counsel, and

C. I am unable to find an attorney willing to represent me on terms that I can afford.

2. A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3. A. Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

____ Yes      X  No

1      IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE
2  COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B
3  AND C.
4          B.    Do you question the correctness of the Commission's "no reasonable cause"
5  determination?
6          ____ Yes      _X_ No
7          C.  If you answered "yes" to question 3B, what are your reasons for questioning the
8  Commission's determination?  <u>Be specific and support your objections with fact.  Do not simply
9  repeat the allegations made in your complaint; the court will review your complaint in considering this
10 request for counsel.</u>

28 (Attach additional sheets as needed)

1    4.    Have you talked with any attorney about handling your claim?

2    ____ Yes    _X__ No

3    If "YES," give the following information about <u>each</u> attorney with whom you talked:

4    Attorney: _____

5    When: _____

6    Where: _____

7    How (by telephone, in person, etc.): _____

8    Why attorney was not employed to handle your claim: _____

9    _____

10    _____

11

12    Attorney: _____

13    When: _____

14    Where: _____

15    How (by telephone, in person, etc.): _____

16    Why attorney was not employed to handle your claim:

17    _____

18    _____

19

20    Attorney: _____

21    When: _____

22    Where: _____

23    How (by telephone, in person, etc.): _____

24    Why attorney was not employed to handle your claim:

25    _____

26    _____

27

28    (Attach additional sheets as needed)

1  5. Explain any other efforts you have made to contact an attorney to handle your claim:
2  Several request threw my Criminal ATTY Allan Williams
   (619) 593-3790
3
4
5
6  6. Give any other information which supports your application for the court to appoint an
7  attorney for you: My medical files a UCSD, Thornton Hospital pain clinic
   Dr. Mark Kuper Orthopedic's Also UCSD Neurosurgeon
8
9
10
11
12  7. Give the name and address of each attorney who has represented you in the last 10 years
13  for any purpose: Allam Williams (619)593-3790 2650 Jamacha Road
14  #147-106 Elcajon California 92019
15
16
17
18
19  (Attach additional sheets as needed)
20  8. I cannot afford to obtain a private attorney. The details of my financial situation are listed
21  below:
22      A.  Employment
23  Are you employed now?    ___ yes  ✓ no  ✓ am self-employed
24  Name and address of employer:
25
26
27
28

1     If employed, how much do you earn per month? _____

2     If not employed, give month and year of last employment: _Dec - 2006_

3     How much did you earn per month in your last employment? _1,022.00 a month_

4     If married, is your spouse employed? ___ yes _✓_ no

5     If "YES," how much does your spouse earn per month? _____

6     If you are a minor under age 21, what is your parents' or guardians' approximate monthly

7 income? _____

8

9     B.    Assets

10     (i)    Other Income

11     Have you received within the past 12 months any income from a business, profession or other

12 form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity

13 payments or other sources? ___ yes _✓_ no

14     If "YES," give the amount received and identify the sources:

15         $ Received                   Source

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 _____

23

24

25

26

27

28 (Attach additional sheets as necessary)

1         (ii)    Cash

2 Have you any cash on hand or money in savings or checking accounts? ___ yes ✓ no

3    If "YES," state total amount: _____

4         (iii)   Property

5 Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property

6 (excluding ordinary household furnishings and clothing)? ___ yes ✓ no

7    If "YES," give value and describe it:

8         Value                           Description

9 _____

10 _____

11 _____

12 _____

13 _____

14 _____

15     C.    Obligations and Debts

16         (i)    Dependents

17 Your marital state is: ___ single ✓ married ___ widowed, separated or divorced.

18 Your total number of dependents is: _____

19 List those person you actually support, your relationship to them, and your monthly

20 contribution to their support:

21    Name/Relationship         Monthly Support Payment

22 _____

23 _____

24 _____

25 _____

26 _____

27 _____

28 _____

       (ii)  <u>Debts and Monthly Bills</u>

List all creditors, including banks, loan companies and <u>charge accounts,</u> etc.

| <u>Creditor</u> | <u>Total Debt</u> | <u>Monthly Payment</u> |
|---|---|---|

Rent: _____

Mortgage
on Home: _____

Others: BANK AMERICA OWE ?
    DISCOVERY  OWE ?
    SEARS    OWE ?

9. <u>Signature</u>

I declare under penalty of perjury that the above is true and correct.

Dated: 3-09-08

                _Ray Sapp_____
                Signature

(Notarization is not required)

( I suffer illiteracy )
( 50 years old )