AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ray Sapp

**V.**

San Diego County Sheriff's Department, San Diego
County Jail

### JUDGMENT IN A CIVIL CASE

**CASE NUMBER:**     08-CV-0465-L (WMc)

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried
and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been
tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's Complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C.
1915A(b)(1). Plaintiff's Motion to Proceed IFP and Motion to Appoint Counsel are **DENIED** as moot.

| June 11, 2008 | W. Samuel Hamrick, Jr. |
|:---:|:---:|
| Date | Clerk |

s/ M. Jenkins

(By) M. Jenkins, Deputy Clerk

ENTERED ON June 11, 2008